IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMES DENNIS,                      :    CIVIL ACTION
                                   :    NO. 18-02689
          Plaintiff,               :
                                   :
     v.                            :
                                   :
                                   :
CITY OF PHILADELPHIA, ET AL.,      :
                                   :
          Defendants.              :


**ORDER**

**AND NOW**, this **20th** day of **May 2022**, after considering the
motion to stay filed by Defendants Frank Jastrzembski and Manuel
Santiago [ECF No. 47] and the response thereto, and after a
hearing on the record, it is hereby **ORDERED** as follows:

1. The motion to stay will be **GRANTED** for the reasons stated
   in the accompanying memorandum;

2. The obligation of Defendants Jastrzembski and Santiago to
   attend their own depositions is **STAYED** pending further
   order of the Court;

3. Beginning sixty days from the date of this order, and
   every sixty days thereafter, Defendants Jastrzembski and
   Santiago shall submit a status report to the Court
   updating the Court on the status of Commonwealth v.
   Jastrzembski, MC-51-CR-0015176-2021 and Commonwealth v.

Santiago, MC-51-CR-0015178-2021, so the Court can

consider whether the stay shall remain in place; and

4. In light of the changing circumstances, any party may

move to lift the stay for good cause.


**AND IT IS SO ORDERED.**


*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**