IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DENNIS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2689 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 30th day of October, 2023, upon consideration of Defendants' Motions for Summary Judgment (ECF Nos. 71, 72), Plaintiff James Dennis' opposition thereto, the additional briefing on the Motions, the parties' oral arguments on September 6, 2023, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motions are DENIED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.