IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DENNIS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2689 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 8th day of April, 2024, upon consideration of Plaintiff James Dennis' Motion in Limine to Restrict Evidence of *Nolo Contendere* Plea (ECF No. 105), Defendants' responses in opposition, the parties' supplemental briefing, their oral arguments, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED insofar as Defendants shall be precluded from introducing evidence of Dennis' 2016 *nolo contendere* plea as evidence of guilt and Dennis shall be permitted to assert his innocence of Chedell Williams' murder;

- The Motion is DENIED without prejudice as to Dennis' request to offer evidence regarding the circumstances leading up to his 2016 *nolo contendere* plea.

Further, upon consideration of Defendants' Joint Motion in Limine to Enforce *Heck* Effect of Plaintiff's Murder Conviction (ECF No. 116), Dennis' opposition thereto, the parties' supplemental briefing, their oral arguments, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED insofar as the Court will instruct the jury that Dennis was convicted of third-degree murder, robbery, carrying a firearm without a license, possession of an instrument of crime, and conspiracy to commit robbery;

- The Motion is DENIED insofar as Dennis shall be permitted to assert his innocence of Chedell Williams' murder.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.