IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DENNIS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2689 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 10th day of April, 2024, upon consideration of Defendant City of Philadelphia's Motion in Limine to Preclude Certain Hearsay or Unauthenticated Documents (ECF No. 121), Plaintiff James Dennis' opposition thereto, and the supplemental briefing on the Motion, it is ORDERED the Motion is DENIED without prejudice.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Defendant City of Philadelphia has moved to bar Dennis from introducing five pieces of evidence at trial. City's Mot. Preclude Evidence 1-2, ECF No. 121. As explained at the final pretrial conference held on April 10, 2024, the Court will reserve its decision on all five pieces of evidence for trial. The City's motion is therefore denied without prejudice to reassertion.