IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DENNIS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2689 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

# ORDER

AND NOW, this 12th day of April, 2024, upon consideration of Defendant City of Philadelphia's Motion in Limine to Preclude Other Overturned Conviction Evidence (ECF No. 118), Plaintiff James Dennis' opposition thereto, and the supplemental briefing on the Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED insofar as Dennis is precluded from calling Johnny Berry and Willie Veasy;

- The Motion is GRANTED insofar as Dennis is precluded from introducing the February 6, 2024 NBC10 news article by Claudia Vargas, "Philly Police Have Reopened 1 out of 41 Exonerated Murder Cases" and the judicial opinion of the Honorable Gene E. K. Pratter;

- The Motion is DENIED insofar as Dennis may call Anthony Wright as a witness;

- The Motion is DISMISSED as moot as to the testimony of Patricia Cummings;

- The balance of the Motion is DENIED without prejudice.

Further, upon consideration of Defendant City of Philadelphia's Motion in Limine to Preclude Certain Purported *Monell* Evidence (ECF No. 119), Dennis' opposition thereto, and the supplemental briefing on the Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED insofar as Dennis is precluded from introducing the 1977 *Philadelphia Inquirer* articles;

- The Motion is GRANTED insofar as Dennis is precluded from introducing the 2015 COPS Collaborative Reform Initiative Report;

- The Motion is GRANTED insofar as Dennis is precluded from introducing the 2021 Philadelphia Police Advisory Policy, Practice, and Custom Report;

- The Motion is DENIED insofar as Dennis may introduce the 2003 Philadelphia Police Department Integrity and Accountability Office ("IAO") Report;

- The balance of the Motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.