## DECLARATION OF PAUL MESSING

I, Paul Messing, declare as follows:

1.      I am an attorney licensed to practice law in, among other jurisdictions, the Commonwealth of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, and the U.S. Court of Appeals for the Third Circuit. I submit this Declaration in support of Plaintiff James Dennis's Motion for Attorneys' Fees and Costs. This Declaration is based upon my personal knowledge.

2.      I graduated from Temple University Beasley School of Law in 1973. For the past 51 years, I have practiced consistently in the fields of civil rights and/or criminal defense.

3.      Throughout my career, I have spent significant periods of time educating lawyers and law students. I was an adjunct professor at Temple University Beasley School of Law for more than twenty-five years, where I taught integrated trial advocacy and criminal law; a visiting professor at the Temple/Tsinghua School of Law LLM Program in Beijing, where I taught evidence and criminal law and procedure; an adjunct professor at Rutgers School of Law at Camden where I taught the criminal litigation clinic; and a clinical instructor at University of Pennsylvania Carey Law School where I taught a course in criminal defense litigation and supervised law students who served as trial counsel for indigent criminal defendants. I have also regularly served as a volunteer member of the faculty of the National Institute for Trial Advocacy.

4.      For nearly three decades, I have served as a course planner and presenter for the Pennsylvania Bar Institute, developing and administering conferences, training sessions and seminars relating to criminal defense issues and civil rights litigation. At the invitation of the Pennsylvania Bar Institute, I authored *Police Misconduct: Defending Criminal Cases in*

*Pennsylvania*, a comprehensive practice guide advising Pennsylvania criminal defense practitioners on how to address issues of law enforcement misconduct through the litigation of pretrial motions and trial defenses.

5.      My career in the criminal defense field started shortly after my graduation from law school. In 1973, I was hired as a public defender at the Defender Association of Philadelphia, where I worked for 18 years. In that office, I was a Senior Trial Attorney providing representation to indigent criminal defendants at all levels of trial and appellate practice. I tried more than 100 felony jury trials, including 10 murder cases. In 1989, I was appointed Deputy Chief of the Felony Unit, and, in that role, I supervised more than one hundred trial attorneys.

6.      In 1993, David Rudovsky asked me to join his law firm as a partner. Over the 31 years that I have been with the firm, I have handled civil rights cases arising out of multiple contexts in the criminal justice system. In particular, I have developed expertise in the litigation of matters concerning police excessive use of force, police treatment of sexual assault victims, violence in schools, race and gender discrimination, and the First Amendment rights of artists and political demonstrators. My clients have included a broad range of political advocacy organizations and traditionally vulnerable populations, including, in many cases, Philadelphia's homeless.

7.      I have additionally devoted a substantial portion of my practice to litigation seeking injunctive and declaratory relief and compensation for persons unlawfully arrested, convicted, and imprisoned due to law enforcement misconduct. My law firm has been involved in multiple cases in district courts throughout the Third Circuit involving such cases, leading to repeated multi-million-dollar settlements. I personally have served as lead counsel or co-lead counsel to the plaintiffs in the following cases: *Wright v. City of Philadelphia*, No. 16-5020 (E.D.

Pa.) ($9.85 million settlement); *Siehl v. City of Johnstown*, No. 18-0077 (W.D. Pa.) ($8.2 million settlement); *Veasy v. City of Philadelphia*, No. 20-5107 (E.D Pa.) ($5 million settlement); and *Thomas v. City of Philadelphia*, No. 17-4196 (E.D. Pa.) ($4.1 million settlement).

8.      In February 2018, James Dennis contacted me about representation in a civil rights suit against the Philadelphia Police detectives who had caused his wrongful conviction. Mr. Dennis retained me on February 22, 2018. Consistent with our firm's traditional practices, our retainer agreement provided that no one in my firm would bill him for our time litigating the case. It provided that our firm would front all costs of litigation and that our firm would only be paid a fee in the form of a contingent recovery resulting from a settlement or a jury verdict. The retainer provided, further, that in the event Mr. Dennis became a prevailing party after trial, our firm would seek attorneys' fees for all hours spent on the case at a rate determined to be fair and reasonable in the Philadelphia legal market.

9.      From the outset of my work on the case, I knew that taking on the representation presented significant risks due to unsettled law on at least two issues central to the case. First, there was an open question as to whether Mr. Dennis had a viable claim for deliberate deception of exculpatory evidence. Second, there was no Third Circuit opinion considering a question addressed favorably in other Circuits regarding so-called two-conviction wrongful conviction claims, that is, whether a plaintiff could bring claims challenging an overturned conviction if the plaintiff was, as was Mr. Dennis, convicted a second time after the overturning of the first conviction.

10.     I also knew from the outset that the case involved a complicated set of facts. The murder investigation at issue had occurred nearly 30 years earlier. The files from the investigation were disorganized and difficult to interpret. The investigation was sprawling,

involving multiple detectives who interviewed many witnesses. The lengthy procedural history of the case, involving multiple post-conviction challenges in both state and federal court, added to the complexity of the factual background.

11.     Mr. Dennis was aware of these challenges and that litigation of the case would require substantial expenditures of time and resources. Understanding these likely difficulties, Mr. Dennis authorized me to initiate civil rights litigation on his behalf.

12.     From the beginning of the litigation, the defendants pursued an aggressive defense. They filed a motion to dismiss on multiple grounds, and, after denial of that motion, chose to pursue an interlocutory appeal that presented both of the above-referenced legal issues to the Third Circuit. After the Third Circuit resolved the appeal in Mr. Dennis's favor, the case returned to this Court where the defendants sought to stay all proceedings due to pending criminal charges against the defendant detectives. Then, after repeated briefing on issues related to the stay and the Court's decision to allow the case to proceed, defendants sought dismissal of all claims on summary judgment. Those motions were resolved favorably to Mr. Dennis, at which the point the case proceeded toward trial. Leading up to the trial, the defense undertook extensive efforts to control the scope of evidence introduced to the jury, filing ten motions *in limine*.

13.     Based on my experience in civil rights litigation, I believe that Mr. Dennis has obtained excellent results in this case. The verdict awarding Mr. Dennis $16 million is unique among awards in the Eastern District of Pennsylvania. The litigation also resulted in at least two consequential judicial opinions. On the motion to dismiss, the Court accepted Mr. Dennis's argument regarding the viability of a claim in the "two conviction" context. *Dennis v. City of Philadelphia*, 379 F. Supp. 3d 420, 429-31 (E.D. Pa. 2019); *see also Dennis v. City of*

*Philadelphia*, No. 18-2689, 2023 WL 7174221 (E.D. Pa. Oct. 30, 2023) (allowing claims to proceed on summary judgment). On interlocutory appeal, the Third Circuit endorsed for the first time a due process claim for deliberate suppression of exculpatory evidence. *Dennis v. City of Philadelphia*, 19 F.4th 279, 290-92 (3d Cir. 2021). I understand that establishment of this rule has been critical for other civil rights plaintiffs litigating similar claims and that the Third Circuit's decision has been cited a number of times in district court opinions, and, further, was central to Mr. Dennis's success at trial, as this is the claim on which the jury found the defendants liable

14.     Throughout the history of this case, I have served as lead counsel and have been the sole attorney responsible for key phases of the litigation, including for purposes of written discovery, depositions, and for in-court proceedings at trial. At various times throughout the case, I have sought the assistance from my partners, David Rudovsky and Jonathan H. Feinberg. Their strategic consultation and legal research and writing were significant factors in the results obtained for Mr. Dennis.

15.     In view of the six-year history of this litigation and the aggressive defense approach described above, the litigation of this case required the significant expenditure of time. I have maintained contemporaneous records of all compensable hours I have spent working on this matter, which are documented on the attached timesheet. I have not billed for any time spent on the case that could not reasonably be billed to a fee-paying client. In particular, I have not billed for any time spent on administrative or clerical tasks, nor have I billed for the time spent by our firm's paralegals.

16.     I spent a substantial portion of the litigation developing and litigating a *Monell* claim against the City of Philadelphia, totaling 204.8 hours. The hours spent on these tasks are

highlighted in yellow on the attached timesheet. Because that claim was dismissed after Rule 50 motion at the close of the plaintiff's case, I have not sought compensation for any of this time.

17.     Once these hours are excised from my time sheet, I have accrued a total of 1,652.2 billable hours. Based on my experience in civil rights litigation, I believe that the hours I have billed are fair and reasonable and were necessarily incurred to ensure the successful litigation of the case.

18.     Because the majority of my civil rights work is conducted on a contingent basis as described above, I do not have a standard billing rate. I have, however, reviewed information concerning rates charged in the Philadelphia legal community, including the cases and other materials cited in Mr. Dennis's motion for attorneys' fees and costs and the expert Declaration of Marc J. Sonnenfeld. Based on that review, I understand that lawyers in the Philadelphia legal market with my level of experience, expertise, and standing bill at rates well in excess of $1,000 per hour, with some approaching $2,000 per hour.

19.     In view of these rates, I request that I be compensated at a rate of $1,000 per hour. I believe that this rate is fair and reasonable in the circumstances of this case.

20.     The lodestar amount of the fees I request (1,652.2 * $1,000 per hour) is $1,652,200.00.

21.     Additionally, I seek compensation for $$6,449.29 in litigation costs. Those costs, for litigation expenses including investigation, record collection, and deposition transcripts, are limited to those costs typically taxable under Fed. R. Civ. P. 54(d).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of June, 2024, in Philadelphia, Pennsylvania.

/s/ Paul Messing
Paul Messing

**Timesheet for Paul Messing, Esq.**
*Dennis v. Jastrzembski et al.*, No. 18-cv-2689

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 2/22/18 | Meeting with Jimmy Dennis; retained | 1.5 | |
| 2/23/18 | Call to Amy Rohe, prior counsel | 1.1 | |
| 2/23/18 | Review/outline trial transcript 9/23/92 | 2.6 | |
| 2/24/18 | Review/outline trial transcript 9/24-25/92 | 3.7 | |
| 2/24/18 | Research Philadelphia Police Department training issues | | 4.2 |
| 2/25/18 | Review/outline trial transcript 9/30-10/1/92 | 5.8 | |
| 2/26/18 | Review/outline trial transcript 10/2/92 | 6.1 | |
| 2/27/18 | Review Pedro Alicea Monell materials | | 3.7 |
| 2/28/18 | Review/outline trial transcript 10/5/92 | 4.6 | |
| 3/1/18 | Review Gilyard and Felder Monell materials | | 4.1 |
| 3/02/18 | Complete review/outline trial transcript 10/5/92 | 5.8 | |
| 3/03/18 | Review/outline trial transcript 10/8/92 | 5.5 | |
| 3/04/18 | Review/outline trial transcript 10/9/92 | 4.0 | |
| 3/4/18 | Review Willie Stokes materials re Monell | | 4.0 |
| 3/05/18 | Review/outline trial transcript 10/13/92 | 4.8 | |
| 3/8/18 | Review Terrance Lewis Monell materials | | 2.9 |
| 3/09/18 | Review/outline trial transcript 10/14/92 | 4.2 | |
| 3/9/18 | Review Don Adams Monell materials | | 3.3 |
| 3/10/18 | Review/outline trial transcript 10/15/92 | 5.1 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 3/11/18 | Review/outline PCRA petition | 5.4 | |
| 3/12/18 | Review John Miller Monell materials | | 4.4 |
| 3/13/18 | Complete/outline PCRA petition | 5.0 | |
| 3/14/18 | Research on collateral estoppel issues | 4.8 | |
| 3/15/18 | Additional research on collateral estoppel issues | 4.6 | |
| 3/15/18 | Review St. George materials re Monell | | 1.3 |
| 3/19/18 | Begin review of PCRA exhibits | 5.5 | |
| 3/21/18 | Meeting with Jimmy Dennis | 1.6 | |
| 3/21/18 | Research Heck v. Humphrey issues | 4.8 | |
| 3/22/18 | Review/outline Habeas petition | 5.2 | |
| 3/23/18 | Review Combs Monell materials | | 3.8 |
| 3/24/18 | Additional review of federal Habeas petition | 3.8 | |
| 3/26/18 | Review additional PCRA exhibits | 5.1 | |
| 3/28/18 | Review/outline Habeas exhibits | 4.9 | |
| 3/29/18 | Review/outline Habeas exhibits | 5.2 | |
| 3/30/18 | Review/outline robbery trial 11/23/93 | 5.2 | |
| 4/03/18 | Meeting with Jimmy Dennis | 1.5 | |
| 4/03/18 | Review/outline PPD homicide file | 4.5 | |
| 4/04/18 | Additional review/outline homicide file | 5.0 | |
| 4/06/18 | Additional review/outline homicide file | 3.8 | |
| 4/06/18 | Additional research on Heck v. Humphrey issues | 3.0 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|----------------------------|
| 4/06/18 | Research fabrication claim issues | 2.8 | |
| 4/07/18 | Research deliberate concealment and estoppel issues | 4.1 | |
| 4/7/18 | Research supervisory liability issues | | 4.2 |
| 4/08/18 | Review/outline motion to suppress transcripts | 5.2 | |
| 4/08/18 | Additional research on fabrication and concealment issues | 1.8 | |
| 4/09/18 | Complete review/outline motion to suppress hearing transcripts | 3.0 | |
| 4/09/18 | Review/outline preliminary hearing, 12/23/91 | 2.2 | |
| 4/10/18 | Begin review of PCRA hearing transcript | 4.6 | |
| 4/10/18 | Email exchange with A. Rohe | .4 | |
| 4/10/18 | Additional research on Monell claims | | 3.4 |
| 4/11/18 | Call to P. McCauley | | 1.1 |
| 4/12/18 | Continue review PCRA hearing transcript | 5.0 | |
| 4/13/18 | Complete review PCRA hearing transcript | 5.8 | |
| 4/20/18 | Review/outline robbery trial 11/24/93 | 6.1 | |
| 4/23/18 | Review additional materials from A. Rohe, et al. | 2.2 | |
| 4/23/18 | Research concealment and favorable termination issues | 2.7 | |
| 4/25/18 | Calls to Jimmy Dennis and A. Rohe | 1.1 | |
| 4/25/18 | Draft memo on fabrication | 3.5 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 4/26/18 | Call to P. McCauley re: expert on individual liability | 1.2 | |
| 4/26/18 | Review/outline activity sheets | 4.7 | |
| 4/27/18 | Review discovery in Anthony Wright litigation | 5.6 | |
| 4/29/18 | Continue Anthony Wright discovery review | 5.0 | |
| 4/30/18 | Outline Monell claims for Complaint | | 4.3 |
| 5/01/18 | Continue Anthony Wright discovery review | 4.8 | |
| 5/02/18 | Continue Anthony Wright discovery review | 4.6 | |
| 5/03/18 | Review discovery in Shaurn Thomas litigation | 5.1 | |
| 5/05/18 | Continue Shaurn Thomas discovery review | 5.8 | |
| 5/06/18 | Additional research on fabrication and concealment | 4.4 | |
| 5/07/18 | Begin drafting Complaint | 4.2 | |
| 5/07/18 | Continue Shaurn Thomas discovery review | 2.0 | |
| 5/08/18 | Continue Shaurn Thomas discovery review | 5.3 | |
| 5/09/18 | Research qualified immunity issues | 4.0 | |
| 5/9/18 | Draft municipal liability claims | | 3.2 |
| 5/10/18 | Begin review of depositions from Anthony Wright litigation | 6.0 | |
| 5/10/18 | Calls to and from Jimmy Dennis | .6 | |
| 5/11/18 | Review/outline Wright depositions | 5.1 | |
| 5/12/18 | Review/outline Wright depositions | 3.8 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 5/14/18 | Review/outline Wright depositions | 5.3 | |
| 5/15/18 | Continue drafting Complaint | 3.6 | |
| 5/15/18 | Calls to J. Dennis and A. Rohe | 1.3 | |
| 5/17/18 | Continue Wright discovery review/outline | 4.9 | |
| 5/18/18 | Additional review on Heck issues and damages issues | 3.8 | |
| 5/18/18 | Review materials for Complaint | 2.5 | |
| 5/19/18 | Complete outline/review Habeas petition | 3.6 | |
| 5/19/18 | Memo on qualified immunity issue | 2.9 | |
| 5/20/18 | Research Heck impact on Monell claims | | 3.5 |
| 5/21/18 | Begin review/outline Habeas appendix | 4.8 | |
| 5/22/18 | Continue review/outline Habeas appendix | 5.5 | |
| 5/23/18 | Continue review/outline Habeas appendix | 4.8 | |
| 5/25/18 | Continue review/outline Habeas appendix | 5.0 | |
| 5/29/18 | Continue review/outline Habeas appendix | 3.8 | |
| 5/30/18 | Continue review/outline Habeas appendix | 5.4 | |
| 5/31/18 | Continue drafting Complaint | 2.2 | |
| 5/31/18 | Continue review/outline Habeas appendix | 3.1 | |
| 6/01/18 | Review/outline M. Santiago deposition in Wright | 5.3 | |
| 6/02/18 | Complete review/outline Santiago deposition | 3.7 | |
| 6/02/18 | Continue drafting Complaint | 2.1 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 6/2/18 | Review disciplinary materials | | 4.7 |
| 6/04/18 | Review/outline Jastrzembski deposition in Wright | 5.1 | |
| 6/06/18 | Continue review/outline Jastrzembski deposition | 4.6 | |
| 6/07/18 | Research estoppel and damages issues | 4.5 | |
| 6/10/18 | Review/outline additional Wright depositions | 4.8 | |
| 6/11/18 | Draft municipal liability claims in Complaint | | 4.1 |
| 6/12/18 | Review/outline additional Wright deposition | 5.0 | |
| 6/13/18 | Complete review/outline Habeas appendix | 5.8 | |
| 6/15/18 | Meeting with J. Dennis; review draft of Complaint | 2.2 | |
| 6/16/18 | Memo on concealment issue | 3.8 | |
| 6/18/18 | Additional drafting/editing of Complaint | 3.5 | |
| 6/19/18 | Complete Monell section of Complaint | | 3.3 |
| 6/20/18 | Meet with J. Dennis and review final draft of Complaint | 2.8 | |
| 6/20/18 | Additional research on deliberate concealment; prepare memorandum on concealment issues | 2.6 | |
| 6/21/18 | Begin review of J. Dennis prison records | 4.8 | |
| 6/22/18 | Continue review of prison records | 5.0 | |
| 6/24/18 | Continue review of prison records | 4.5 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 6/26/18 | Edit and finalize Complaint for filing | 3.2 | |
| 6/26/18 | Continue review of prison records | 2.7 | |
| 6/27/18 | Additional edits to Complaint, file Complaint | 2.1 | |
| 6/29/18 | Continue review of prison records | 5.6 | |
| 7/02/18 | Complete review of prison records | 5.5 | |
| 7/03/18 | Prepare and serve waivers of service | .6 | |
| 7/03/18 | Review additional Shaurn Thomas discovery | 4.2 | |
| 7/05/18 | Memo on anticipated motion to dismiss | 3.6 | |
| 7/06/18 | Continue review/outline depositions from Wright litigation | 4.5 | |
| 7/10/18 | Complete review/outline Wright depositions | 5.0 | |
| 7/12/18 | Additional drafting of memo re: anticipated motion to dismiss | 3.8 | |
| 7/13/18 | Additional research and material review re: Monell claim | | 4.0 |
| 7/24/18 | Additional research; additional drafting of memo on on anticipated motion to dismiss issues | 4.6 | |
| 7/26/18 | Calls re: potential Monell witnesses | | 2.2 |
| 7/27/18 | Review motion to dismiss cites re Monell; research | | 4.2 |
| 8/13/18 | Review Homicide Unit data | 2.3 | |
| 8/24/18 | Review/outline defendants' motion to dismiss | 3.2 | |
| 8/25/18 | Research motion to dismiss issues | 4.0 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 8/26/18 | Begin drafting response to motion to dismiss | 3.2 | |
| 8/27/18 | Research motion to dismiss issues | 6.1 | |
| 8/28/18 | Continue drafting motion to dismiss response | 5.3 | |
| 8/29/18 | Draft Monell section for MTD response | | 3.6 |
| 8/30/18 | Continue drafting motion to dismiss response | 4.6 | |
| 8/31/18 | Meeting with J. Dennis, review motion to dismiss and response | 1.8 | |
| 8/31/18 | Continue drafting motion to dismiss response | 3.5 | |
| 9/3/18 | Additional municipal liability research; Heck impact | | 3.8 |
| 9/04/18 | Additional research; continue drafting motion to dismiss response | 5.5 | |
| 9/04/18 | Emails, calls to and from A. Rohe | 1.0 | |
| 9/05/18 | Complete draft of motion to dismiss response | 5.8 | |
| 9/06/18 | Edit and file response to motion to dismiss | 1.9 | |
| 9/06/18 | Meeting with J. Dennis | 1.3 | |
| 9/10/18 | Prepare for Rule 16 conference, including review of all motion to dismiss filings | 3.8 | |
| 9/11/18 | Rule 16 Conference | 1.2 | |
| 9/11/18 | Prepare plaintiff's disclosures; begin assembling documents for production | 4.4 | |
| 9/11/18 | Assemble Monell materials for disclosures | | 3.9 |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 9/12/18 | Complete and serve plaintiff's disclosures | 2.7 | |
| 9/12/18 | Additional research on motion to dismiss; prepare for argument | 4.1 | |
| 9/13/18 | Review/outline City's Reply Brief | 2.1 | |
| 9/13/18 | Draft surreply brief | 3.0 | |
| 9/14/18 | Research preclusion issue | 2.5 | |
| 9/14/18 | Continue work on surreply brief | 4.4 | |
| 9/16/18 | Research Monell issues for reply brief | | 3.0 |
| 9/17/18 | Complete surreply brief | 2.3 | |
| 9/18/18 | Edit and file surreply brief | 1.0 | |
| 9/19/18 | Prepare Rule 26(f) Report | 1.3 | |
| 9/20/18 | Review Monell related disclosures | | 2.8 |
| 9/25/18 | Review defendants' initial disclosures | .6 | |
| 9/26/18 | Prepare for argument | 3.5 | |
| 10/1/18 | Additional preparation for argument | 2.8 | |
| 10/2/18 | Meeting with J. Dennis | 1.0 | |
| 10/2/18 | Oral argument on motion to dismiss | 1.4 | |
| 10/8/18 | Review/outline updated disclosures | 1.1 | |
| 11/7/18 | Draft discovery requests | 3.8 | |
| 4/01/19 | Review/outline defendants' supplemental brief | 3.8 | |
| 4/01/19 | Draft reply to defendnats' supplemental brief | 2.4 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 5/03/19 | Review/outline Inspector Nodiff deposition | 2.2 | |
| 5/15/19 | Review Court opinion on motion to dismiss | 2.8 | |
| 5/16/19 | Review new scheduling order; set dates | 1.0 | |
| 5/21/19 | Review Rule 68 Offer; call to J. Dennis | 1.5 | |
| 5/23/19 | Emails/meeting with co-counsel regarding R. 68 offer | 1.4 | |
| 6/04/19 | Call from counsel for City; call to J. Dennis re mediation | 1.3 | |
| 6/13/19 | Draft mediation memo | 3.7 | |
| 6/14/19 | Review City motion to certify for appeal | 2.2 | |
| 6/15/19 | Research certification issue | 2.8 | |
| 6/15/19 | Research interlocutory appeal issues | 3.1 | |
| 6/16/19 | Meeting with J. Dennis and Corby | 1.3 | |
| 6/16/19 | Research issues on motion to dismiss interlocutory appeal | 2.6 | |
| 6/16/19 | Begin drafting motion to dismiss appeal | 2.1 | |
| 6/16/19 | Research separating Monell claims pending interlocutory appeal | | 3.1 |
| 6/17/19 | Draft response to motion to certify | 4.1 | |
| 6/18/19 | Complete response to motion to certify | 4.8 | |
| 6/19/19 | Edit and file response to motion to certify | 1.7 | |
| 6/20/19 | Draft motion to dismiss appeal | 3.0 | |
| 6/23/19 | Complete motion to dismiss appeal | 2.1 | |
| 6/24/19 | Edit and file motion to dismiss appeal | 1.3 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 6/26/19 | Review defense reply on motion to certify; draft surreply | 4.5 | |
| 6/27/19 | Edit and file surreply on motion to certify | 1.2 | |
| 6/28/19 | Additional research on appellate jurisdiction issue | 1.5 | |
| 7/01/19 | Complete response on appellate jurisdiction issue | 2.7 | |
| 7/02/19 | Review Court Order denying certification | .5 | |
| 7/03/19 | Edit and file response on appellate jurisdiction issue | 1.0 | |
| 7/05/19 | Draft reply brief on motion to dismiss appeal | 2.2 | |
| 7/05/19 | Review City Disclosures | 1.1 | |
| 7/05/19 | Review discovery requests to plaintiff; draft responses | 3.3 | |
| 7/07/19 | Additional research; finish draft of reply brief on motion to dismiss appeal | 2.9 | |
| 7/08/19 | Edit and file reply brief on motion to dismiss appeal | 1.1 | |
| 7/09/19 | Prepare and service disclosures to individual defendants | 1.4 | |
| 7/09/19 | Review Order from Third Circuit; consult co-counsel | 1.2 | |
| 7/15/19 | Review and respond to City subpoenas | 1.0 | |
| 7/23/19 | Review/outline City answer to Complaint | 1.8 | |
| 7/24/19 | Review/outline individual defendants' answer to Complaint | 1.7 | |
| 7/31/19 | Review objections to discovery requests | 1.5 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 8/01/19 | Review discovery requests to J. Dennis; draft responses | 3.5 | |
| 8/19/19 | Email exchanges with defense counsel | .6 | |
| 9/04/19 | Complete discovery responses | 2.9 | |
| 9/05/19 | Edit and submit discovery responses | 1.8 | |
| 9/19/19 | Review new City subpoena; call to Eric Runyon | .6 | |
| 10/07/19 | Call from Pro Bono Institute re: City subpoena | .5 | |
| 10/08/19 | Review/outline City Disclosures | 2.0 | |
| 10/16/19 | Prepare for deposition of James Cameron | 2.1 | |
| 10/22/19 | Review/outline PPD directives received from City | 4.1 | |
| 10/23/19 | Review/outline Monell materials from defendants | | 3.3 |
| 10/24/19 | Review/outline probation materials | 3.0 | |
| 10/28/19 | Complete preparation for deposition of James Cameron | 2.7 | |
| 10/29/19 | Deposition of James Cameron | 1.5 | |
| 1/08/20 | Draft Third Circuit Mediation Memo | 2.2 | |
| 1/10/20 | Complete Third Circuit Mediation Memo | 1.6 | |
| 1/13/20 | Prepare for mediation; call to J. Dennis | 2.7 | |
| 2/10/20 | Letter to Court re discovery; call to J. Dennis | 1.1 | |
| 5/04/20 | Status report to Court | 1.0 | |
| 6/24/20 | Review/outline disclosures of individual defendants | 1.6 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 7/09/20 | Review briefing schedule; consult co-counsel | 1.3 | |
| 7/19/20 | Draft responses to individual defendants' discovery requests | 3.3 | |
| 7/21/20 | Complete and serve responses to discovery requests | 2.7 | |
| 8/18/20 | Review and outline defendants' Third Circuit brief and appendix | 4.1 | |
| 8/20/20 | Continue review of defendants brief and appendix | 2.2 | |
| 8/21/20 | Draft history of the case | 3.5 | |
| 8/21/20 | Review individual defendants' discovery responses | 3.1 | |
| 8/22/20 | Research inextricably intertwined issue | 2.8 | |
| 8/22/20 | Consult with co-counsel | 1.1 | |
| 8/25/20 | Draft Fourteenth Amendment argument | 3.1 | |
| 8/26/20 | Additional research on accrual issue | 2.9 | |
| 9/4/20 | Meeting with co-counsel re: strategies for appeal | .4 | |
| 9/8/20 | Meeting with co-counsel re: briefing | | .5 |
| 9/24/20 | Continue drafting brief | 2.5 | |
| 9/28/20 | Review and index materials from A. Rohe | 3.5 | |
| 9/29/20 | Edits on draft brief | 3.6 | |
| 10/1/20 | Receive final version of brief from J. Feinberg; review, edit, file | 3.5 | |
| 10/23/20 | Review/outline City reply brief | 2.2 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 10/23/20 | Additional research on issues rasied in defendants' reply brief | 2.8 | |
| 1/14/21 | Zoom meeting re: oral argument | 1.3 | |
| 1/18/21 | Mtg. re prep for oral argument | 2.0 | |
| 1/20/21 | Oral Argument in Third Circuit | 2.9 | |
| 1/21/21 | Call to J. Dennis | 1.1 | |
| 3/17/21 | Research and update Heck memorandum | 2.2 | |
| 3/17/21 | Research and update fabrication memorandum | 2.7 | |
| 3/18/21 | Draft Wright Monell summary | | 3.8 |
| 3/19/21 | Draft Veasy Monell summary | | 3.2 |
| 3/19/21 | Draft Ogrod Monell summary | | 3.4 |
| 3/20/21 | Draft Swainson and Thomas Monell summaries | | 4.2 |
| 3/23/21 | Calls from J. Dennis | 1.0 | |
| 3/30/21 | Draft Combs and St. George Monell summaries | | 3.8 |
| 3/31/21 | Draft Berry, Hernandez and Adams Monell summaries | | 4.4 |
| 4/6/21 | Draft Gilyard, Alicea and Stokes Monell summaries | | 5.0 |
| 4/14/21 | Research and update deliberate concealment memo | 3.4 | |
| 5/11/21 | Calls with damages witnesses | 1.5 | |
| 5/12/21 | Review Nordiff dep; outline examination | | 4.5 |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 8/26/21 | Calls to J. Dennis and witnesses | 1.0 | |
| 10/18/21 | Emails re: post-argument submission | .2 | |
| 12/15/21 | Review Order from Third Circuit; consult co-counsel | 1.1 | |
| 3/01/22 | Prepare Jastrzembski deposition | 2.8 | |
| 3/03/22 | Prepare Jastrzembski deposition | 4.2 | |
| 3/04/22 | Prepare Santiago deposition | 3.5 | |
| 3/05/22 | Prepare Santiago deposition | 4.0 | |
| 3/07/22 | Call with defense counsel | .3 | |
| 3/9/22 | Research and calls re new Monell expert | | 3.1 |
| 3/15/22 | Review motion to stay | 1.5 | |
| 3/17/22 | Research stay issue | 2.8 | |
| 3/18/22 | Draft response to motion to stay | 3.9 | |
| 3/22/22 | Additional drafting of response to motion to stay | 3.0 | |
| 3/24/22 | Research and additional drafting of response to motion to stay | 3.2 | |
| 3/25/22 | Complete response to motion to stay | 2.8 | |
| 3/28/22 | Edit and file response to motion to stay | 1.5 | |
| 4/30/22 | Prepare for argument on motion to stay | 2.0 | |
| 5/02/22 | Additional preparation for argument on motion to stay | 2.8 | |
| 5/12/22 | Prepare and join telephone argument on motion to stay | 1.0 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 5/20/22 | Review order on motion to stay; research on stay issues | 1.2 | |
| 5/26/22 | Research on motion to lift stay | 2.2 | |
| 6/01/22 | Draft motion to lift stay | 3.3 | |
| 6/16/22 | Continue drafting motion to lift stay | 2.7 | |
| 6/28/22 | Complete draft of motion to lift stay | 3.0 | |
| 6/29/22 | Edit and file motion to lift stay | 1.0 | |
| 7/06/22 | Review defendants' counter motion to stay | 1.8 | |
| 9/19/22 | Call to J. Santarone | .4 | |
| 9/20/22 | Meeting with Rayling Hou | 1.2 | |
| 9/20/22 | Additional research on stay issue | 3.4 | |
| 9/22/22 | Email to counsel for City | .3 | |
| 9/22/22 | Calls to additional damages witnesses | 2.9 | |
| 9/27/22 | Prepare supplemental disclosures | 1.4 | |
| 9/28/22 | Call to Joseph Pollini | 1.0 | |
| 9/29/22 | Call to Dr. Bloom re MH expert | .6 | |
| 9/29/22 | Review/outline CAPS data | 4.2 | |
| 9/30/22 | Review new discovery requests to plaintiff | .5 | |
| 10/03/22 | Email materials to J. Pollini | 1.2 | |
| 10/04/22 | Call to Marc Bookman | .5 | |
| 10/04/22 | Review death row studies | 3.3 | |
| 10/05/22 | Call to Dr. Brand | 1.1 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|---------------|--------------------------|
| 10/05/22 | Additinal research on death row studies | 2.6 | |
| 10/7/22 | Memo on municipal liability re: patterns of misconduct | | 4.2 |
| 10/12/22 | Assemble materials to Dr. Brand; email | 2.4 | |
| 10/17/22 | Additional materials to Dr. Brand; email | 1.2 | |
| 10/18/22 | Call to J. Pollini | 1.3 | |
| 10/18/22 | Assemble materials for J. Pollini | 4.5 | |
| 10/19/22 | Memo to J. Pollini; email to J. Pollini | 3.0 | |
| 10/31/22 | Review draft report from Pollini | 3.3 | |
| 11/14/22 | Draft responses to discovery requests | 2.8 | |
| 11/16/22 | Complete and submit discovery responses | 2.2 | |
| 11/16/22 | Send additional materials to J. Pollini | 1.0 | |
| 12/13/22 | Prepare for and participate in phone conference with Court | 1.1 | |
| 1/09/23 | Research damages issue | 3.6 | |
| 1/10/23 | Additional damages research; draft memo re damages | 4.0 | |
| 1/12/23 | Research nolo contendere plea issue | 3.7 | |
| 1/12/23 | Draft damages memo | 1.5 | |
| 1/31/23 | Conference call with D.C. attorneys | 1.1 | |
| 2/02/23 | Additional research on nolo plea issue | 3.0 | |
| 2/03/23 | Work on memorandum re: nolo plea issue | 2.8 | |
| 2/4/23 | Draft on Monell claims re likely MSJ | | 5.1 |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 2/06/23 | Work on statement of facts for anticipated motion for summary judgment | 4.2 | |
| 2/09/23 | Draft statement of facts for anticipated motion; additional research on damages | 4.5 | |
| 2/10/23 | Work on disciplinary issues draft; review new data | | 3.8 |
| 2/10/23 | Research additional IAD reports for expert's review | | 2.2 |
| 2/13/23 | Review final report from Pollini | 2.9 | |
| 2/22/23 | Review final report from Dr. Brand | 3.4 | |
| 3/7/23 | Research Heck bar issue | 3.8 | |
| 3/13/23 | Review and send J. Pollini report to defendants | 1.6 | |
| 4/11/23 | Review/outline City MSJ | 2.0 | |
| 4/12/23 | Review/outline all defendants' MSJ | 5.2 | |
| 4/13/23 | Research defendants' cited cases in MSJ | 6.0 | |
| 4/17/23 | Continue drafting statement of facts for MSJ response | 3.9 | |
| 4/19/23 | Continue drafting statement of facts for MSJ response | 4.8 | |
| 4/21/23 | Draft MSJ response | 5.5 | |
| 4/22/23 | Work on Monell claim section for MSJ response | | 4.8 |
| 4/23/23 | Additional research on collateral estoppel and damages | 4.5 | |
| 4/24/23 | Complete statement of facts; research defendants' cited cases | 5.1 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 4/25/23 | Draft Heck argument | 4.5 | |
| 4/25/23 | Additional research on Heck, nolo issues | 1.8 | |
| 4/26/23 | Draft Heck section of MSJ response | 5.5 | |
| 4/27/23 | Review and compile exhibits for MSJ response | 3.0 | |
| 4/27/23 | Draft nolo plea section of MSJ response | 2.2 | |
| 4/28/23 | Work on Heck and nolo sections of MSJ response | 5.8 | |
| 4/29/23 | Begin draft of damages section | 4.2 | |
| 5/01/23 | Complete statement of facts for MSJ response; additional research | 6.3 | |
| 5/02/23 | Draft damages section of MSJ response; research | 5.5 | |
| 5/03/23 | Draft nolo plea section of MSJ response; additional research | 4.9 | |
| 5/3/23 | Complete municipal liability section; sort Monell materials | | 5.3 |
| 5/04/23 | Complete assembly of exhibits; complete research on Heck bar | 6.0 | |
| 5/05/23 | Edit statement of facts; draft collateral estoppel section | 5.1 | |
| 5/06/23 | Complete Heck section of MSJ response | 5.8 | |
| 5/07/23 | Complete nolo section of MSJ response | 4.8 | |
| 5/08/23 | Complete damages section of MSJ response | 5.0 | |
| 5/09/23 | Complete and edit MSJ response; review all exhibits | 7.1 | |
| 5/10/23 | Final edits to MSJ response; file | 2.2 | |
| 5/17/23 | Review/outline defendants' reply brief | 2.0 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 5/18/23 | Complete review/outline defendants' reply brief | 3.4 | |
| 5/19/23 | Research cases cited by defendants; begin drafting surreply memo | 4.9 | |
| 5/20/23 | Begin drafting sur reply memo | 5.0 | |
| 5/21/23 | Continue drafting surreply memo; additional research | 3.3 | |
| 5/22/23 | Edit and file surreply memo | 2.2 | |
| 6/6/23 | Outline Gamble report; research Gamble background | | 5.1 |
| 6/13/23 | Outline examination of Gamble on Monell issues | | 4.5 |
| 6/17/23 | Review/outline motion to bar Pollini testimony | 3.2 | |
| 6/18/23 | Review/outline motion to bar Bookman testimony | 2.7 | |
| 6/19/23 | Research issues re Pollini and Bookman testimony | 5.1 | |
| 6/20/23 | Begin drafting response to motion to bar Pollini | 4.5 | |
| 6/21/23 | Begin drafting response to motion to bar Bookman testimony | 5.1 | |
| 6/22/23 | Continue drafting responses to motions to bar | 5.5 | |
| 6/23/23 | Continue drafting responses to motions to bar Pollini and Bookman testimony | 4.2 | |
| 6/25/23 | Complete responses to motions to bar Pollini and Bookman testimony | 5.1 | |
| 6/26/23 | Edit and file responses to motions to bar testimony | 2.1 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 6/29/23 | Complete preparation of examination of Gamble | | 3.0 |
| 7/18/23 | Prepare for and participate in phone conference with Court | 1.3 | |
| 7/18/23 | Call to J. Dennis | 1.1 | |
| 7/22/23 | Outline for examination of Pollini on Monell issues | | 4.2 |
| 8/30/23 | Outline Monell arguments for MSJ hearing | | 3.8 |
| 9/05/23 | Final prep for argument on MSJ | 5.3 | |
| 9/06/23 | Argument on MSJ | 3.0 | |
| 9/12/23 | Additional research disciplinary issues | | 3.3 |
| 10/30/23 | Review Opinion on MSJ | 1.2 | |
| 10/31/23 | Research bifurcation issue | 3.2 | |
| 11/01/23 | Research Rule 404(b) and 608 issues | 4.3 | |
| 11/02/23 | Continue research on 404 and 608 issues | 3.0 | |
| 11/03/23 | Research Fifth Amendment issues | 3.2 | |
| 11/06/23 | Conference call with Rohe, et al. | 1.2 | |
| 11/06/23 | Additional research on bifurcation issue | 4.1 | |
| 11/7/23 | Draft Pollini and Gamble examinations | | 4.5 |
| 11/08/23 | Draft memo on damages issues | 2.2 | |
| 11/09/23 | Draft memo on 404(b) issues | 4.6 | |
| 11/10/23 | Draft memo on nolo plea | 4.0 | |
| 11/13/23 | Prepare exam of Jastrzembski | 3.8 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 11/14/23 | Prepare exam of Santiago | 3.1 | |
| 11/15/23 | Draft pretrial memorandum | 3.3 | |
| 11/15/23 | Begin drafting jury instructions | 2.9 | |
| 11/16/23 | Draft R. 404 issues re Monell claims | | 3.0 |
| 11/17/23 | Additional preparation of Jastrzembski exam | 3.0 | |
| 11/19/23 | Draft nolo memo | 2.0 | |
| 12/05/23 | Call to A. Rohe | 1.1 | |
| 12/05/23 | Draft bifurcation memo | 3.3 | |
| 12/08/23 | Prepare for J. Dennis deposition | 3.7 | |
| 12/11/23 | Prepare for J. Dennis deposition; meet with J. Dennis | 2.6 | |
| 12/15/23 | Meet with J. Dennis | 2.6 | |
| 12/17/23 | Organize Monell exhibits | | 4.5 |
| 12/18/23 | Meet with J. Dennis | .5 | |
| 12/18/23 | Deposition of J. Dennis | 5.5 | |
| 1/03/24 | Draft motion re: nolo plea | 4.8 | |
| 1/04/24 | Draft motion re: Fifth Amendment | 3.2 | |
| 1/05/24 | Draft motion to bar plaintiff's arrest | 4.1 | |
| 1/08/24 | Draft motion to admit defendants' prior acts | 5.0 | |
| 1/09/24 | Outline examinations of Massey, Davis, West and Veney | 2.8 | |
| 1/09/24 | Outline examinations of Lewis, Burch, and McGonigal | 1.9 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 1/10/24 | Draft motion to admit damages evidence | 4.5 | |
| 1/11/24 | Outline examinations of Green, Leach, Bryant and Abdul | 3.1 | |
| 1/11/24 | Outline examinations of Johns, Brown, and Frazier | 2.9 | |
| 1/12/24 | Continue drafting damages and prior acts motions | 4.0 | |
| 1/12/24 | Outlines examinations of Thompson, Brill, Walker, Everette | 2.8 | |
| 1/13/24 | Outline examination/exhibits Lee Mandell | 3.3 | |
| 1/14/24 | Research identification testimony issue | 3.8 | |
| 1/16/24 | Continue drafting nolo motion | 2.8 | |
| 1/16/24 | Continue drafting damages motion | 3.0 | |
| 1/19/24 | Prepare examinations of Mangoni, Bracey and DAs re Monell issues | | 3.8 |
| 1/26/24 | Prepare response to defense motion to continue trial | 2.2 | |
| 2/11/24 | Research new Monell cases; prepare expert examinations | | 4.1 |
| 2/12/24 | Continue drafting damages and nolo motions | 5.1 | |
| 2/13/24 | Continue drafting defendant other acts motion | 3.2 | |
| 2/13/24 | Draft motion to bar plaintiff's arrests | 3.4 | |
| 2/14/24 | Draft motion to bar defendants' good acts | 2.8 | |
| 2/14/24 | Draft motion to admit damages evidence | 4.0 | |
| 2/15/24 | Edit all pretrial motions | 4.9 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 2/16/24 | Prepare for and participate in conference with the Court | 1.5 | |
| 2/16/24 | Continue preparation of Jastrzembski examination | 4.2 | |
| 2/16/24 | Prepare examination of Healey | | 2.3 |
| 2/17/24 | Continue preparation of Santiago examination | 3.8 | |
| 2/17/24 | Continue drafting proposed jury instructions; research instruction issues | 4.0 | |
| 2/18/24 | Prepare examinations of Dennis and Cason | 5.1 | |
| 2/19/24 | Prepare examinations of Thomas and Bookman | 4.5 | |
| 2/19/24 | Continue drafting proposed jury instructions | 3.5 | |
| 2/20 /24 | Continue preparation of examinations of Bryant, Burch, Massey and Veney | 4.2 | |
| 2/20/24 | Draft proposed verdict sheet | 1.7 | |
| 2/21/24 | Prepare examinations David Leroy and Michael Schwartz | 2.9 | |
| 2/21/24 | Prepare examinations Healy, Mandell, Frazier and Ling | 3.7 | |
| 2/22/24 | Prepare opening statement | 3.1 | |
| 2/22/24 | Final edits all pretrial motions | 3.0 | |
| 2/23/24 | Edit and file pretrial memo and motions | 2.7 | |
| 2/23/24 | Review/outline defendants' pretrial memo | 2.5 | |
| 2/23/24 | Review/outline defendants' motion to estop | 2.1 | |
| 2/24/24 | Review/outline motion to bar witnesses and exhibits | 4.8 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 2/24/24 | Prepare closing argument | 2.1 | |
| 2/25/24 | Review/outline motion to bifurcate | 2.2 | |
| 2/25/24 | Review/outline motion re: Heck and innocence issues | 3.1 | |
| 2/25/24 | Additional research on bifurcation issue | 1.8 | |
| 2/26/24 | Review/outline motion to bar good character | 2.8 | |
| 2/26/24 | Review/outline motion limit other act evidence | 1.9 | |
| 2/26/24 | Review/outline motion re: Cason receipt and damages | 3.7 | |
| 2/27/24 | Call to witness George Ritchie | .4 | |
| 2/27/24 | Email exchange with J. Pollini; follow-up call | 1.2 | |
| 2/27/24 | Research Motion to Estop issues | 4.1 | |
| 2/28/24 | Research issues re barring evidence and witnesses | 3.2 | |
| 2/28/24 | Draft response to motion to estop | 2.7 | |
| 2/29/24 | Draft response to Cason receipt motion | 4.1 | |
| 2/29/24 | Continue drafting response to motion to estop | 2.9 | |
| 3/01/24 | Continue drafting response to bifurcation motion | 3.3 | |
| 3/01/24 | Draft response to motion to preclude propensity evidence | 3.5 | |
| 3/02/24 | Continue drafting response to motion to estop | 2.9 | |
| 3/02/24 | Calls to damages witnesses | 2.0 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 3/02/24 | Draft response to motion to bar overturned convictions | 3.3 | |
| 3/03/24 | Prepare Bookman examination | 2.1 | |
| 3/03/24 | Prepare Dr. Joy examination | 3.2 | |
| 3/04/24 | Prepare Gamble examination | 4.8 | |
| 3/05/24 | Additional preparation for Joy and Gamble examinations | 2.6 | |
| 3/05/24 | Research motion to estop; prepare draft response | 3.6 | |
| 3/05/24 | Research propensity evidence motion; draft response | 1.8 | |
| 3/06/24 | Call A. Rohe; prepare for testimony | 1.3 | |
| 3/06/24 | Research overturned conviction motion, draft response | 3.1 | |
| 3/06/24 | Research on Cason and hearsay issues | 2.8 | |
| 3/06/24 | Calls to damages witnesses; prepare for damages witness testimony | 1.3 | |
| 3/07/24 | Draft bifurcation motion response | 3.0 | |
| 3/07/24 | Research scope of Monell motion; draft response | 2.7 | |
| 3/07/24 | Continued preparation for examination of J. Dennis | 1.2 | |
| 3/08/24 | Research cumulative damage motion; draft response | 2.9 | |
| 3/08/24 | Calls to Bookman, Schwartz, Dennis | 1.1 | |
| 3/08/24 | Additional research on hearsay and propensity motions; edit drafts | 2.0 | |
| 3/09/24 | Complete response to motion to estop | 2.6 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 3/09/24 | Complete response to overturned conviction motion | 1.9 | |
| 3/09/24 | Additional preparation of examinations of Jastrzembski and Santiago | 2.0 | |
| 3/10/24 | Complete response to motion to bar experts | 3.4 | |
| 3/10/24 | Complete response to motion to preclude propensity evidence | 3.1 | |
| 3/11/24 | Call to Dr. Brand | 1.1 | |
| 3/11/24 | Complete response to Heck and innocence motions | 2.8 | |
| 3/11/24 | Complete response to cumulative damage motion | 3.1 | |
| 3/11/24 | Prepare examinations of Ritchie and Cason | 1.8 | |
| 3/12/24 | Review/edit responses to motions and citations | 2.7 | |
| 3/12/24 | Additional preparation for opening and closing | 2.9 | |
| 3/13/24 | Prepare examinations of Mangoni, Graham-Rubin | 3.4 | |
| 3/13/24 | Prepare examinations Jachimowicz, Reinhold and Wilder | 3.0 | |
| 3/13/24 | Call to George Ritchie | .4 | |
| 3/14/24 | Edit and file responses to defense motions | 3.5 | |
| 3/14/24 | Prepare for examination of Amy Rohe | 3.1 | |
| 3/15/24 | Prepare examinations Bracey, Corbett, Maahs and Webb | 3.3 | |
| 3/15/24 | Review/outline responses to damages and other acts motions | 2.6 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 3/15/24 | Research other acts and damages issues | 1.0 | |
| 3/16/24 | Review/outline responses to bar evidence and witness motions | 3.1 | |
| 3/16/24 | Review/outline responses to nolo and Fifth Amendment motions | 2.5 | |
| 3/16/24 | Research nolo and Fifth Amendment issues | 1.7 | |
| 3/17/24 | Review/outline responses to unrelated arrests and experts motions | 2.9 | |
| 3/17/24 | Prepare for Dr. Brand deposition | 2.2 | |
| 3/17/24 | Research unrelated arrests and nolo issues | 1.6 | |
| 3/18/24 | Continued drafting of jury instructions and jury verdict sheet | 2.2 | |
| 3/18/24 | Complete reply briefs on nolo and Fifth Amendment issues | 2.9 | |
| 3/18/24 | Complete reply briefs on unrelated arrests issue | 1.9 | |
| 3/18/24 | Prepare for Ritchie deposition | 1.5 | |
| 3/19/24 | Deposition of George Ritchie | 1.3 | |
| 3/19/24 | Complete reply briefs on motion to estop and bar evidence issues | 3.4 | |
| 3/19/24 | Complete reply brief on motion to bar defense witnesses | 1.8 | |
| 3/20/24 | Complete reply brief on defendants' other acts evidence | 1.5 | |
| 3/20/24 | Deposition of Dr. Bethany Brand | 3.7 | |
| 3/21/24 | Edit and file reply briefs | 1.7 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 3/21/24 | Work on examinations of Jastrzembski and Santiago | 3.0 | |
| 3/22/24 | Review/research defense reply to motion to estop and Heck issues | 2.9 | |
| 3/22/24 | Review/research defense reply to bifurcation and expert motions | 2.3 | |
| 3/22/24 | Review/research defense reply to propensity and damages issues | 1.7 | |
| 3/23/24 | Review/research defense reply to hearsay, propensity issues | 1.9 | |
| 3/23/24 | Review/research defense reply to nolo and overturned conviction issues | 2.2 | |
| 3/23/24 | Draft surreply memo on hearsay and propensity issues | 2.0 | |
| 3/24/24 | Draft surreply memos on damages, nolo and expert issues | 3.3 | |
| 3/24/24 | Draft surreply memos on motion to estop and Heck issues | 2.8 | |
| 3/25/24 | Continued drafting/edition of all reply memos | 4.4 | |
| 3/25/24 | Calls to J. Dennis, Pollini, Bookman and damages witnesses | 1.3 | |
| 3/25/24 | Continued preparation of examinations of Dennis and defendants | 1.6 | |
| 3/26/24 | Complete reply memos | 5.0 | |
| 3/26/24 | Complete examinations of Healey, Pollini, Webb | 1.8 | |
| 3/27/24 | Edit and file reply memos | 3.0 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 3/27/24 | Review/research defense reply to unrelated arrests | 1.3 | |
| 3/27/24 | Review/research defense reply to Fifth Amend and damages | 2.0 | |
| 3/27/24 | Prepare for oral argument on pretrial motions | 1.6 | |
| 3/28/24 | Review/research defense reply on good character motion | 2.1 | |
| 3/28/24 | Review/research defense reply on motion to estop | 2.7 | |
| 3/28/24 | Review/research defense reply on bifurcation motion | 1.0 | |
| 3/28/24 | Continued preparation of opening and closing | 1.3 | |
| 3/29/24 | Preparation for oral argument on pretrial motions | 1.8 | |
| 3/29/24 | Oral argument on pretrial motions | 2.7 | |
| 3/29/24 | Draft and file post-argument memo on pretrial motions | 1.3 | |
| 3/30/24 | Call from J. Pollini | .4 | |
| 3/30/24 | Continued preparation of examinations of Jastrzembski and Santiago | 3.0 | |
| 4/01/24 | Meeting with Latanya Cason | 1.1 | |
| 4/01/24 | Prepare examinations of Cason and Thompson | 3.6 | |
| 4/02/24 | Continued work on opening; witness prep | 4.7 | |
| 4/03/24 | Review court orders on motions in limine | 1.1 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 4/04/24 | Additional review of court order | .5 | |
| 4/05/24 | Review defense deposition designation and reply | 2.2 | |
| 4/05/24 | Trial preparation; review and edit outlines of all examinations | 3.3 | |
| 4/06/24 | Call from J. Pollini | .5 | |
| 4/07/24 | Draft supplemental memo on unrelated arrests | 2.3 | |
| 4/07/24 | Draft supplemental memo on nolo issues | 1.7 | |
| 4/08/24 | Edit and file supplemental memo on unrelated arrests | 1.3 | |
| 4/08/24 | Edit and file supplemental memo on nolo issue | 1.1 | |
| 4/08/24 | Review court orders on pretrial motions | .4 | |
| 4/08/24 | Review defendants' proposed verdict sheet | 1.0 | |
| 4/08/24 | Review defendants' proposed jury instructions | 2.8 | |
| 4/09/24 | Review and reply to defense deposition designation James Cameron | 3.0 | |
| 4/09/24 | Review and respond to defense objections to Dr. Brand | 2.9 | |
| 4/09/24 | Prepare for pretrial conference | 3.6 | |
| 4/09/24 | Review and respond to Dr. Brand redactions | 1.7 | |
| 4/10/24 | In court for pretrial conference | 3.6 | |
| 4/10/24 | Review court orders | .6 | |
| 4/11/24 | Review and edits to all trial materials; meeting with J. Dennis | 5.4 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 4/12/24 | Review court orders | .5 | |
| 4/13/24 | Prepare and file objections re: Dr. Brand designations | 2.0 | |
| 4/13/24 | Assemble trial box/files | 1.6 | |
| 4/14/24 | Final trial prep; review opening; calls to client and witnesses | 6.5 | |
| 4/15/24 | In court for trial day 1 | 7.2 | |
| 4/15/24 | Preparation for next trial day's witnesses | 2.8 | |
| 4/16/24 | In court for trial day 2 | 6.8 | |
| 4/16/24 | Preparation for next trial day's witnesses | 3.1 | |
| 4/17/24 | In court for trial day 3 | 7.3 | |
| 4/17/24 | Continued witness examination preparation; edits to jury instructions | 3.3 | |
| 4/18/24 | In court for trial day 4 | 6.8 | |
| 4/18/24 | Preparation for next trial day's witnesses | 2.0 | |
| 4/19/24 | In court for trial day 5 | 7.1 | |
| 4/19/24 | Preparation for next trial day's witnesses; research evidentiary issues | 2.8 | |
| 4/20/24 | Continued preparation of witness examinations; continued edits tojury instructions and verdict sheet | 5.5 | |
| 4/21/24 | Additional preparation of closing; witness exam prep | 6.8 | |
| 4/22/24 | In court for trial day 6 | 1.6 | |
| 4/22/24 | Final preparation for for examinations of defense witnesses | 3.2 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|------|----------|----------------|---------------------------|
| 4/22/24 | Final work on closing argument | 2.8 | |
| 4/23/24 | In court for trial day 7 | 6.2 | |
| 4/23/24 | Additional preparation on witness examinations and closing argument | 2.3 | |
| 4/24/24 | In court for trial day 8 | 7.1 | |
| 4/25/24 | In court for trial day 9, receive verdict | 4.4 | |
| 5/23/24 | Review and outline defendants' post-trial motions | 2.2 | |
| 4/29/24 | Discuss attorneys' fee issues with co-counsel | .2 | |
| 5/15/24 | Compile materials for fee motion | 1.0 | |
| 5/16/24 | Phone conference re: indemnification and execution of judgment issues | .6 | |
| 5/21/24 | Zoom with D. Rudovsky and J. Feinberg re: post-trial issues | .5 | |
| 5/22/24 | Review draft of motion for prejudgment interest | .8 | |
| 5/24/24 | Research issues raised in post-trial motions | 2.5 | |
| 5/25/24 | Begin drafting response to post-trial motion | 2.1 | |
| 5/25/24 | Review draft declaration in support of fee motion | .5 | |
| 5/25/24 | Review and edit draft fee motion | 1.0 | |
| 5/27/24 | Continue drafting response to post-trial motion | 1.8 | |
| 5/29/24 | Review defendants' request for stay; call to J. Santarone | 1.1 | |
| 6/2/24 | Review and edit Sonnenfeld declaration | .4 | |
| 6/2/24 | Additional edits to fee motion and supporting declarations | .8 | |
| 6/3/24 | Complete and edit response to post-trial motions | 2.0 | |

| Date | Activity | Hours (Billed) | Monell Hours (Not Billed) |
|---|---|---|---|
| 6/4/24 | Consulation re: discovery in aid of execution | 1.0 | |
| 6/5/24 | Review and serve discovery in aid of execution; final edits and file reply in support of motion for prejudgment interest | 1.3 | |
| 6/6/24 | Final review of fee motion materials | 1.4 | |
| | **TOTAL** | **1,652.2** | **204.8** |

**1,652.2 hours X $1,000 per hour = $1,652,200.00**