# Kairys, Rudovsky, Messing, Feinberg & Lin, LLP
## Find Report
### All Transactions

| Date | Name | Description | Amount |
|---|---|---|---|
| 6/6/2024 | Confidential Investigative Services, Inc. | Investigation | -3871.04 |
| 05/20/2024 | Writer's Cramp, Inc. | Trial transcripts | -445.00 |
| 05/20/2024 | Dipti Patel c/o Liberty Transcripts | Trial transcripts | -388.00 |
| 05/20/2024 | On The Record | Video deposition services | -380.00 |
| 05/20/2024 | Chris Hwang | Trial transcripts | -441.00 |
| 05/20/2024 | Kaplan Leaman & Wolfe | Trial transcripts | -924.10 |
| 05/20/2024 | TK Transcribers | Trial transcripts | -367.00 |
| 05/20/2024 | Principle Court Reporting Services, Inc. | Trial transcripts | -905.30 |
| 04/17/2024 | On The Record | Video deposition services | -380.00 |
| 04/05/2024 | Kaplan Leaman & Wolfe | Deposition services | -1,418.36 |
| 03/25/2024 | On The Record | Video deposition services | -725.00 |
| 01/17/2024 | Lexitas | Deposition transcripts | -1,672.05 |
| 03/08/2023 | CIOX Health | Medical records | -58.74 |
| 01/04/2023 | CIOX Health | Medical records | -58.74 |
| 10/31/2022 | Confidential Investigative Services, Inc. | Investigation | -250.00 |
| 10/19/2022 | CIOX Health | Medical records | -149.08 |
| 10/27/2020 | Alexander Printing & Graphics | Brief reproduction | -179.00 |
| 07/13/2020 | Record Reproduction Services | Document copies | -81.20 |
| 08/27/2019 | Record Reproduction Services | Document copies | -66.38 |
| 08/14/2019 | Thomas Jefferson University Hospital | Medical records | -105.44 |
| 05/24/2018 | US District Court | Filing fee | -400.00 |
| **Total** | | | **-13,264.43** |