IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DENNIS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2689 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 22nd day of August, 2024, upon consideration of Defendants Detective Frank Jastrzembski and Detective Manuel Santiago's Rule 50(a) Motion for Judgment as a Matter of Law and Omnibus Post-Trial Motion (ECF Nos. 227, 268), Plaintiff James Dennis' response in opposition, and the additional briefing on the Omnibus Post-Trial Motion, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motions are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.