UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DENNIS, *Plaintiff*, v. CITY OF PHILADELPHIA, *et al.*, *Defendants*. | CIVIL ACTION NO.: 18-cv-2689 |

## NOTICE OF APPEAL

Defendant Detectives Manuel Santiago and Frank Jastrzembski, by and through the undersigned counsel, Marshall Dennehey, P.C., Joseph J. Santarone, Jr., Esquire and Joshua W. Brownlie, Esquire hereby provide notice of their appeal to the United States Court of Appeals for the Third Circuit from the May 1, 2024, Order entering Judgment in this matter, inclusive of all other pre and post-judgment interlocutory orders merged therewith. *See* FED. R.A.P. 3(a), (c)(1), (c)(4). This Notice is timely since it is filed within thirty days of the August 22, 2024, Order denying post-judgment relief. *See* FED. R.A.P. 4(a)(4)(A)(i), (v).

Respectfully Submitted,

**MARSHALL DENNEHEY, P.C.,**

BY: _/s/ Joshua Brownlie_
JOSEPH J. SANTARONE, JR.
JOSHUA W. BROWNLIE
PA Attorney ID Nos.: 45723, 330511
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2626

*Attorneys for Defendants,*
*Manuel Santiago and Frank Jastrzembski*

Date: August 26, 2024

## CERTIFICATE OF SERVICE

I, Joshua W. Brownlie, Esquire, do hereby certify that a true and correct copy of this Notice of Appeal was electronically filed with the Court this date and is available for viewing and downloading from the ECF System. All counsel of record was served via electronic notification.

        Respectfully Submitted,

        **MARSHALL DENNEHEY, P.C.**

BY: _____
      JOSEPH J. SANTARONE, JR.
      JOSHUA W. BROWNLIE
      PA Attorney ID Nos.: 45723, 330511
      2000 Market Street, Suite 2300
      Philadelphia, PA  19103
      (215) 575-2626

*Attorneys for Defendants,
Manuel Santiago and Frank Jastrzembski*

Date: August 26, 2024