IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DENNIS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2689 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 30th day of August, 2024, upon consideration of Plaintiff James Dennis' Motion for Prejudgment Interest and Postjudgment Interest (ECF No. 267), Defendants Frank Jastrzembski and Manuel Santiago's response in opposition, and the additional briefing on the Motion, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED as to postjudgment interest, which will be awarded pursuant to 28 U.S.C. § 1961(a) after Dennis' motion for attorneys' fees and costs is adjudicated.

- The Motion is DENIED as to prejudgment interest.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.