IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DENNIS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-2689 |
| | : | |
| DETECTIVE FRANK JASTRZEMBSKI | : | |
| and DETECTIVE MANUEL SANTIAGO | : | |

**ORDER**

AND NOW, this 4th day of June, 2025, upon consideration of Plaintiff James Dennis's Motion for Attorneys' Fees and Costs (ECF No. 276) and the responses and replies thereto, it is hereby ORDERED the motion is GRANTED IN PART and DENIED IN PART as follows:

1. Defendants' request to hold in abeyance the Motion for Attorneys' Fees and Costs is DENIED.

2. Defendants shall pay to Dennis attorneys' fees in the amount of **$1,844,754.50.** The resulting total is the sum of fees owed to each of Dennis's attorneys at the following rates:

    - David Rudovsky: $1,150/hour x 91.4 hours = $105,110.00
    - Paul Messing: $1,000/hour x 1,652.2 hours = $1,652,200.00
    - Jonathan Feinberg: $715/hour x 122.3 hours = $87,444.50

3. Defendants shall pay to Dennis costs in the amount of $9,143.39, reduced to reflect the removal of investigative services.

4. Dennis may file a supplemental motion for additional fees and costs following the resolution of any and all appeals and other post-judgment litigation.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.