UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DENNIS, | CIVIL ACTION NO.: 18-cv-2689 |
| *Plaintiff*, | |
| v. | |
| CITY OF PHILADELPHIA, *et al.*, | |
| *Defendants*. | |

### NOTICE OF APPEAL

Defendant Detectives Manuel Santiago and Frank Jastrzembski, by and through the undersigned counsel, Marshall Dennehey, P.C., Joseph J. Santarone, Jr., Esquire and Joshua W. Brownlie, Esquire hereby provide notice of their appeal to the United States Court of Appeals for the Third Circuit from the June 4, 2025, Order granting in-part the Motion for Attorney's Fees and Costs filed on behalf of Plaintiff James Dennis. *See* FED. R.A.P. 3(a), (c)(1).

Respectfully Submitted,

**MARSHALL DENNEHEY, P.C.,**

BY: _____
JOSEPH J. SANTARONE, JR.
JOSHUA W. BROWNLIE
PA Attorney ID Nos.: 45723, 330511
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-2626

*Attorneys for Defendants,*
*Manuel Santiago and Frank Jastrzembski*

Date: July 7, 2025

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DENNIS, | : CIVIL ACTION NO.: 18-cv-2689 |
| *Plaintiff*, | : |
| v. | : |
| CITY OF PHILADELPHIA, *et al.*, | : |
| *Defendants*. | : |

### CERTIFICATE OF SERVICE

I, Joshua W. Brownlie, Esquire, do hereby certify that a true and correct copy of this Notice of Appeal was electronically filed with the Court this date and is available for viewing and downloading from the ECF System. All counsel of record was served via electronic notification.

Respectfully Submitted,

**MARSHALL DENNEHEY, P.C.**

BY: /s/ Joshua Brownlie
JOSEPH J. SANTARONE, JR.
JOSHUA W. BROWNLIE
PA Attorney ID Nos.: 45723, 330511
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2626

*Attorneys for Defendants,*
*Manuel Santiago and Frank Jastrzembski*

Date: July 7, 2025